UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>          v.<br><br>$5,466.00 IN U.S. CURRENCY,<br><br>                                   Defendant. | Civil No.   06cv1317-WQH (POR)<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE** |

On January 3, 2007, counsel for both parties contacted the Court and requested that the Settlement Conference scheduled for January 4, 2007 at 9:30 a.m. be rescheduled. Counsel represented they are still engaged in settlement discussions and need additional time. Based on discussions with counsel and their stipulation, the Court hereby reschedules the Settlement Conference currently set for January 4, 2007 at 9:30 a.m. to **January 31, 2007** at **1:30 p.m.**

**IT IS SO ORDERED.**

DATED: January 9, 2007

_____
LOUISA S PORTER
United States Magistrate Judge

cc: District Judge
     All parties

- 1 -                                                                                                                06cv1317