FILED

07 FEB -9 PH 3: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 06cv1317WQH(POR) |
| ) | |
| Plaintiff, ) | **ORDER FOR** |
| ) | **SETTLEMENT OF CIVIL** |
| v. ) | **FORFEITURE** |
| ) | |
| $5,466.00 IN U.S. CURRENCY ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Having reviewed the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED:**

The Stipulation is approved;

1.  From the defendant, $5,466.00 in U.S. Currency, the amount of $2,186.40 shall be returned to claimant, Gabriel Gutierrez, through his attorney of record, Brian Watkins. The reminder of the currency, in the amount of $3,279.60, shall be condemned and forfeited to the United States of America.

///

///

///

///

1    2.    The    costs  incurred  by  the  Drug  Enforcement

2  Administration and the United States Marshals Service which were

3  incident to the seizure of the defendant shall be borne by the

4  United States of America.

5    3.    The case is hereby ordered closed.    Let judgment be

6  entered accordingly.

7  _____                    _____
   Dated                                   WILLIAM Q. HAYES, Judge

8                                          United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2